JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ISRAEL MAGAÑA,<br><br>Petitioner,<br><br>v.<br><br>S. MOORE,<br><br>Respondent. | Case No. LA CV 22-00631-MCS-(DFM)<br><br>JUDGMENT |

    Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is denied and this action dismissed with prejudice.

Date: May 10, 2024

_____
MARK C. SCARSI
United States District Judge